The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> MARIA ISABEL ABOYTIA MARQUEZ, <br><br> Defendant. | NO. CR22-202-JCC-1 <br><br> ORDER |

This matter having come before the Court on the government's motion to dismiss without prejudice the pending charge against Maria Isabel Aboytia Marquez (only) under this cause number, and understanding that the defense does not object to this motion, and after having reviewed the pleadings and records in this case:

NOW, THEREFORE, IT IS HEREBY ORDERED that the charges against Maria Isabel Aboytia Marquez (only) contained in the Counts 1 and 2 of the Indictment (Dkt. 19) under cause number CR22-202JCC are DISMISSED WITHOUT PREJUDICE.

//

//

//

Order - 1
*U.S. v. Aboytia Marquez*, CR22-202-JCC-1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS FURTHER ORDERED that the appearance bond (Dkt. 18) is RESCINDED
2  and Maria Isabel Aboytia Marquez is RELEASED under this cause number.
3  DATED this 9th day of June, 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:
NICHOLAS W. BROWN
United States Attorney

*s/ Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

Order - 2
U.S. v. Aboytia Marquez, CR22-202-JCC-1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970